TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Tracey Carter*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracey Carter, | Case No.:  2:17-cv-02918-DGC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT AFNI, INC., ONLY** |
| Trans Union, LLC, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Afni, Inc., in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Afni, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

|   |   |
|---|---|
| DATED: October 24, 2017 | KENT LAW OFFICES |

By: */s/   Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Tracey Carter