1  TRINETTE G. KENT (State Bar No. 025180)
2  KENT LAW OFFICES
   3219 E. Camelback Rd #588
3  Phoenix, AZ 85018
4  Telephone: (480) 247-9644
   Facsimile: (480) 717-4781
5  E-mail: tkent@kentlawpc.com

6
   Of Counsel to:
7  Credit Repair Lawyers of America
8  22142 West Nine Mile Road
   Southfield, MI 48033
9  Telephone: (248) 353-2882
10 Facsimile: (248) 353-4840

11
   *Attorneys for Plaintiff,*
12 *Tracey Carter*

13
                    IN THE UNITED STATES DISTRICT COURT
14
                       FOR THE DISTRICT OF ARIZONA
15

16 Tracey Carter,                          Case No.:  2:17-cv-02918-DGC

17              Plaintiff,

18
        vs.
19                                          **NOTICE OF SETTLEMENT AS TO
                                            DEFENDANT, TRANS UNION, LLC**
20 Trans Union, LLC,
   a Delaware limited liability company; and
21 Afni, Inc.,
22 an Illinois corporation,

23
              Defendants.
24

25

26

27

28

                                    1

1

2

3   NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC,

in the above-captioned case have reached a settlement.  Plaintiff anticipates filing a

4   Stipulation for Dismissal with Prejudice and Proposed Order pursuant to Fed. R. Civ.

5   P. 41(a) within 60 days.  Plaintiff has now settled with all Defendants in this matter.

6

7   In light of this Notice of Settlement, the Parties respectfully request that the Court

8   vacate the Scheduling Conference set for Thursday, December 7, 2017, at 3:00 p.m.

9

10

11          Respectfully Submitted,          Dated: December 6, 2017

12

13
                                            */s/ Trinette G. Kent*
14                                          TRINETTE G. KENT (025180)
                                            KENT LAW OFFICES
15                                          Attorney(s) for Plaintiff
16                                          3219 E Camelback Rd
                                            #588
17                                          Phoenix, AZ 85018
18                                          (480) 247-9644
                                            tkent@kentlawpc.com
19

20

21

22

23

24

25

26

27

28